## INDICTMENT SEALING FORM

Case name:    United States v. Low Taek Jho, et al.

Reason for Sealing:

    The defendants are currently at liberty and located overseas, and the government plans to begin the process of executing their arrest in the coming weeks by seeking their extradition to the United States.  The government seeks to seal the indictment to ensure that the defendants do not learn that they are under indictment and to prevent them from fleeing justice to avoid arrest and prosecution.  Specifically, neither Low Taek Jho nor Ng Chong Hwa are United States citizens, and are believed to be currently located outside of the United States.  The government is concerned that revelation of the indictment at this stage would result in the defendants' flight from justice by, among other things, relocating to, or remaining in, a country from which extradition to the United States would not be possible.  Notably, the indictment has been returned well within the applicable statute of limitations and sealing is not requested simply to toll the statute.

By: _____   Date:   October 3, 2018
Drew G. Rolle
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201