UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                18-CR-538 (MKB)

LOW TAEK JHO, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant U.S. Attorney Alixandra E. Smith from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

      Assistant U.S. Attorney Alixandra E. Smith
      Deputy Chief, Business & Securities Fraud Section
      U.S. Attorney's Office, Eastern District of New York (Criminal Division)
      271 Cadman Plaza East
      Brooklyn, New York 11201
      Tel:  (718) 254-6370
      Email: Alixandra.Smith@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant U.S. Attorney Alixandra E. Smith at the email address set forth above.

Dated: Brooklyn, New York
April 25, 2019

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:  /s/ Alixandra E. Smith
Alixandra E. Smith
Assistant U.S. Attorney

cc: Clerk of the Court (MKB)