UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

NG CHONG HWA,
    also known as "Roger Ng,"

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

VERDICT SHEET

Docket No. 18-CR-538 (S-2) (MKB)

**AS TO COUNT ONE:  Conspiracy to Violate the FCPA—Bribery**

    GUILTY _____          NOT GUILTY _____

**AS TO COUNT TWO:  Conspiracy to Violate the FCPA—Circumvention of Internal Accounting Controls**

    GUILTY _____          NOT GUILTY _____

**AS TO COUNT THREE:  Conspiracy to Commit Money Laundering**

    GUILTY _____          NOT GUILTY _____

If you find the defendant guilty on Count Three, indicate below the one or more objects of the conspiracy charged in Count Three that the defendant conspired to commit:

    Object #1:  International Transfer to Promote Specified Unlawful Activity

        YES _____          NO _____

    Object #2:  International Transfer to Conceal or Disguise Proceeds of Specified Unlawful Activity

        YES _____          NO _____

    Object #3:  Transaction of Criminally Derived Proceeds of Specified Unlawful Activity

        YES _____          NO _____

Dated: Brooklyn, New York

       _____, 2022